**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-61498-CIV-LENARD/TURNOFF

**MAGDA PIZZINI,**

    Plaintiff,

vs.

**JANET NAPOLITANO, et al.,**

    Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR**
**LEGAL ASSISTANCE (D.E. 99)**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Legal Assistance (D.E. 88), filed on July 6, 2011. This is Plaintiff's second such motion. On June 27, 2011, this Court issued an Order Adopting the Magistrate Judge's Report and Recommendation and Granting Defendants' Motion to Dismiss (D.E. 96). Plaintiff has until August 27, 2011 to file an amended complaint as to her claims of discrimination and hostile work environment. She now seeks the assistance of counsel to further her efforts in this action.

No constitutional right exists to legal representation in a civil case. *In re Letters*, 120 F. Supp. 2d 1073 (S.D. Ga. 2000); *Southern Christian Leadership Conference, Louisiana Chapter v. Supreme Court of State of Louisiana*, 61 F. Supp. 2d 499, 507 (E.D. La. 1999). Appointing counsel to represent a pro se party is within the district court's sound discretion. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999) (affirming denial of inmates' motion for appointment of counsel in 42 U.S.C. § 1983 case involving prison conditions).

Usually, counsel is appointed where exceptional circumstances exist.  See id.

Here, no such circumstances exist.  This case has not progressed past the dismissal stage, does not contain complicated legal issues or a complex set of facts.  *Cf. id.*  Therefore, the Court finds that at this time it is not an appropriate exercise of discretion for it appoint an attorney, at the public's (or the attorney's) expense, to represent Plaintiff.

Instead, the Court directs Plaintiff to the 'Volunteer Lawyers' Project' page, which can be found in the 'Attorney Resources' tab on the Southern District of Florida's home page (http://flsd.uscourts.gov/).  The relevant information on that page is as follows:

**How to Get Help (For Litigants)**

**The Volunteer Lawyers' Project May Be Able To Help You If:**

1. You have filed a civil lawsuit in the United States District Court for the Southern District of Florida AND

2. You are a pro se plaintiff (you don't have an attorney) AND

3. You have been granted indigent status by the court and cannot afford an attorney AND

4. Your lawsuit is not about your criminal sentence or the terms of your incarceration.

If you think that you may qualify for the Project, you can contact us at:

Volunteer Lawyers Project
3750 Bank of America Tower
100 S.E. Second St.
Miami, FL 33131

Phone (305)373-4334
Fax (305)358-0910

E-mail: bforbes@volunteerlawyersproject.org

Accordingly, Plaintiff's Motion for Legal Assistance (D.E. 99) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2011.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**